# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DARREN BROWNE, aka AARON BROWNE,

        Plaintiff(s),

    v.

SAN FRANCISCO SHERIFFS DEPARTMENT, et al.,

        Defendant(s).

_____/

No. C 03-0047 PJH

**ORDER APPOINTING COUNSEL**

    The plaintiff having requested and being in need of counsel to assist him in this matter, and a volunteer attorney willing to be appointed to represent plaintiff having been located,

    IT IS HEREBY ORDERED THAT:

    **Harriett Ross, Esq**. is appointed as counsel for plaintiff in this matter.  Ms. Ross may seek reimbursement for fees and costs commensurate with CJA rates.  Ms. Ross is referred to General order 25 which sets forth certain capes for both fees and costs.  there is no particular form for the request for reimbursement and the court will accept such a request in the form of a letter that provides substantially the same detail as a CJA request.

    IT IS SO ORDERED.

Dated: February 29, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge