DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:      (415) 554-3837
E-Mail:          Robert.bonta@sfgov.org

Attorneys for Defendants
SAN FRANCISCO SHERIFF'S DEPUTIES MADDEN,
CASTRO, MILLER, FIELDS AND SERGEANT FREEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARREN BROWNE, A.K.A. AARON BROWNE,<br><br>              Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SHERIFF'S DEPT., ET AL,<br><br>              Defendants. | Case No. 03-CV-00047  PJH<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE** |
|---|---|

   GOOD CAUSE APPEARING, the parties stipulate, through their attorneys of record, to the entry of an order as follows:

   On March 20, 2008 the Court ordered defendants to file their motion for summary judgment on December 3, 2008, plaintiff to file his opposition on December 17, 2008, defendants to file their reply on December 24, 2008, and the summary judgment hearing to be held on January 14, 2009 at 9:00 a.m.

   Counsel for the parties agree and stipulate that defendants can file their motion for summary judgment on January 28, 2009, plaintiff can file his opposition on February 11, 2009, defendants can

1  file their reply brief on February 18, 2009, and the summary judgment hearing will be held on March
2  4, 2009 at 9:00 a.m.

3      This request is made because, despite extensive efforts, defendants have not yet been able to
4  complete the deposition of plaintiff Darren Browne and because defense counsel Rob Bonta will be
5  on parental leave from December 18, 2008 to January 20, 2009.  Plaintiff was deposed for a full day,
6  but the deposition was not completed and, to date, efforts to schedule a follow-up deposition session
7  have proven unsuccessful.

8      There have been no other time modifications to the summary judgment briefing schedule or to
9  the Court's March 20, 2008 Case Management Order.

10      This request will have no impact on any other portion of the schedule of the case.  This
11  modest continuance will not impact any future dates as no other dates after the summary judgment
12  hearing have been set, including any expert discovery cutoff dates or a trial date.

13      The parties therefore jointly stipulate and request that the Court adopt the amended summary
14  judgment briefing schedule and hearing date, as set forth above.

December 3, 2008

/s/
**Robert A. Bonta**

Attorneys for Defendants
SAN FRANCISCO SHERIFF'S DEPUTIES
MADDEN, CASTRO, MILLER, FIELDS
AND SERGEANT FREEMAN

December 3, 2008

/s/
**Harriet Pauline Ross, Esq.**

Attorney for Plaintiff
DARREN BROWNE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 4, 2008

Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

STIPULATION & [PROPOSED] ORDER AMENDING MSJ
SCHEDULE; USDC CASE NO. 03-CV-00047 PJH

2

n:\lit\li2008\070878\00525108.doc