UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN BROWNE, aka AARON BROWNE,

Plaintiff,

v.

SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,

Defendants.

No. C 03-0047 PJH

**ORDER FOR REIMBURSEMENT OF COSTS PURSUANT TO GENERAL ORDER 25**

The Clerk of the Court is hereby directed to reimburse plaintiff's counsel Harriet Ross in the amount of $625.00.

**IT IS SO ORDERED.**

Dated: February 23, 2009

for PHYLLIS J. HAMILTON
United States District Judge

# HARRIET ROSS
TRIAL LAWYER

PHONE: 415-775-3523
FAX: 415-775-7491
harrietp@pacbell.net

ONE EMBARCADERO CENTER
SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

February 10, 2009

Hon. Phyllis J. Hamilton
U. S. District Court Judge
450 Golden Gate Ave.
San Francisco, CA 94102

Re: Browne v. City & County of San Francisco
    Et al. 03CV00047 PJH

Dear Judge Hamilton:

Enclosed please find a request for reporter fees in the above. I attached a proposed order to my Request under oath. The transcript of the deposition will refute some of the allegations in defendant's Motion for Summary Judgment.

Thank you for your kind consideration in this matter.

Yours truly,

Harriet Ross

enclosures

1  HARRIET ROSS, SBN 25124
   One Embarcadero Center
2  San Francisco, CA 94111
   Tel: 775-3523
3  Fax:775-7491
   email: harrietp@pacbell.net
4
   Attorney for Plaintiff
5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
   DARREN BROWNE, A.K.A. AARON      )  Case No. 03CV-00047 P/H
10 BOWNE,                           )
                                    )  **REQUEST FOR ORDER FOR FUNDS FOR**
11                       Plaintiff, )  **DEPOSITION COST**
                                    )
12 vs.                              )
                                    )
13 CITY AND COUNTY OF SAN           )
   SAN FRANCISCO, et al.,           )
14                                  )
                       Defendsnts.  )
15 _____  )

16         I, HARRIET ROSS declare:

17         That I was appoited by the Court to represent the Plaintiff herein on February 29, 2008.

18 That the defendants took the deposition of the Plaintiff in two segmants June 27, 2009 nnd

19 January 22, 2009. Bonnie Wagner ws the Court Reporter and the total charges for the deposition

20 are $625.00. Declarant does not have the funds to advvance for this deposition. The defendants

21 have calendaed a Summary Judgment Motion and declaarant can not properly prepare for said

22 motion without having the transcript of the deposition.

23         Wherefore declarant prays that the Court Order for payent to Harriet Ross for the purpose

24 of obtaining a copy of the said transcript.

25         I declare under penalty of perjury that the foregoing is true and correct.

26         Dated this 6th daay of February, 2009 at San Francisco, California.

27
                                            _____
28                                          HARRIET ROSS, Attorney for Plaintiff



PROCEEDINGS TO BANKRUPTCY JUDGES AND AUTHORIZING BANKRUPTCY APPEALS TO BE DECIDED BY THE NINTH CIRCUIT BANKRUPTCY APPELLATE PANEL

▸ General Order 25 - APPOINTMENT AND REIMBURSEMENT OF PRO BONO COUNSEL

▸ General Order 26 - ABROGATED 11/17/08