UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN BROWNE a/k/a
AARON BROWNE,

    Plaintiff,

    v.

SAN FRANCISCO SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
_____/

No. C 03-0047 PJH

**ORDER AND BRIEFING SCHEDULE**

    The court will hear argument in defendants' motion for summary judgment on Wednesday, May 13, 2009, at 9:00 a.m., in Courtroom 5 in the Federal Courthouse, 450 Golden Gate, San Francisco, California.  The opposition to the motion shall be filed no later than April 15, 2009.  The reply to the opposition shall be filed no later than April 22, 2009.

**IT IS SO ORDERED.**

Dated: March 26, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge