1  HARRIET ROSS SBN 25124
   One Embarcadero Center, Suite 500
2  San Francisco, CA 94111
   Tel: (415) 775-3523
3  Fax: (415) 775-7491
   email: harrietp@pacbell.net
4
   Attorney for Plaintiff

**FILED**

SEP 0 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN BROWNE, aka AARON BROWNE, | Case No. 03-0047 PJH |
| Plaintiff, | |
| v. | **ORDER FOR PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO GENERAL ORDER 25** |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

The Clerk of the Court is hereby directed to pay Harriet Ross, attorney's fees in the amount of $6,550.00 and to reimburse her for expenses of litigation in the sum of $2,184.60.

IT IS SO ORDERED

Dated: ~~August~~  2,009

Sept 1, 2009

PHYLLIS J. HAMILTON
United States District Judge