FILED

SEP 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN BROWNE,
aka AARON BROWNE,

    Plaintiff,

v.

SAN FRANCISCO SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

Case No. 03-0047 PJH

**REVISED ORDER FOR PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO GENERAL ORDER 25**

The Clerk of Court is hereby directed to pay Harriet Ross attorney's fees in the amount of $6,550.00; and to reimburse her for expenses of litigation as evidenced by the presentment of invoices, in an amount not to exceed $10,000.

**IT IS SO ORDERED.**

**DATED:** September 22, 2009

PHYLLIS J. HAMILTON
United States District Judge